# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE GRIFFIN, #N-03392, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 10-cv-366-MJR ) |
| BARACK OBAMA, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff Dwayne Griffin, an inmate in the Menard Correctional Center, has filed a pro se mandamus petition to challenge several disciplinary proceedings. He seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, despite the fact that he has been informed numerous times that he has accumulated three strikes and may not proceed *in forma pauperis* unless he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Shortly after Griffin filed this action, the Seventh Circuit issued an order that restricts Griffin's litigation in all federal courts within the Seventh Circuit.

> Until Griffin has paid in full all outstanding fees and any sanctions in all civil actions he has filed, the clerks of all federal courts in this circuit will return unfiled any papers submitted either directly or indirectly by or on behalf of Griffin. This order does not apply to criminal cases or petitions challenging the terms of his confinement, and may be reexamined in two years under the approach of *Newlin*, 13 F.3d at 436-37, and *Support Systems Int'l Inc. v. Mack*, 45 F.3d 185, 186-87 (7th Cir. 1995) (per curiam). *See also In Re: City of Chi.*, 500 F.3d 582, 585-86 (7th Cir. 2007).

*Griffin v. Obama*, Appeal No. 10-2002 (7th Cir., issued June 25, 2010).

This directive from the Seventh Circuit effectively eliminates Griffin's ability to litigate this action, as he is banned from filing anything further in this or any other case. Accordingly, this action is **DISMISSED** without prejudice. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 10th day of November, 2010.**

                                    **s/ Michael J. Reagan**
                                    **MICHAEL J. REAGAN**
                                    **United States District Judge**